USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

  ALEC TABAK,

                        Plaintiff,

              - against -

  HERMAN LAW FIRM, P.A.,

                        Defendant.
```

24 Civ. 1293(VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The parties are directed to submit a joint letter no later than April 30, 2024, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: April 2, 2024
       New York, New York

_____
Victor Marrero
U.S.D.J.